MEYER RUGG, DEFENDANT-RESPONDENT, v. DRIWOOD CORPORATION, PROSECUTOR-APPELLANT.

Submitted October 31, 1941—Decided January 9, 1942.

For the prosecutor-appellant, *John W. Taylor* and *Harry E. Walburg*.

For the defendant-respondent, *S. Martin Mandon* and *Martin Kimmel*.

PER CURIAM.

This is an appeal from a judgment of the Supreme Court on *certiorari* affirming an award in favor of a workman in a case of hernia resulting from strain. In so far as the questions sought to be raised may be raised on appeal in this court we are in accord with the opinion of Mr. Justice Perskie in the Supreme Court.

The judgment is affirmed.

COLIE, J. (Dissenting.) My vote is for a reversal, for the reason expressed in a dissent filed this day in *DiMieri* v. *Metafield, Inc.,* 127 *N. J. L.* 597.

Mr. Justice Case has authorized me to say that he acquiesces in this opinion.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DONGES, HEHER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 10.

*For reversal*—PARKER, CASE, COLIE, JJ. 3.